IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP J. KENNEDY,
for Simone E. Sakey,
    Plaintiff,

vs.                                           Case No. 3:09cv542/WS/EMT

HON. JUDGE GEEKER and
J.P. SAKEY,
    Defendants,
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On March 3, 2010, this court entered an order giving Plaintiff thirty (30) days in which to pay the filing fee balance in the amount of $345.00, or file an amended in forma pauperis application that demonstrates his indigency (Doc. 16). Plaintiff failed to respond to the order; therefore, on April 13, 2010, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 17). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the filing fee balance or file an amended in forma pauperis application that demonstrates his indigency.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 18th day of May 2010.

                                              /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).