IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP J. KENNEDY, for
Simone E. Sakey,

        Plaintiff,

v.                      3:09cv542WS

HON. JUDGE GEEKER and J.P.
Sakey,

        Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 18) docketed May 18, 2010. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with an order of the court.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to comply with an order of the court.

3. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this <u>     18th     </u> day of <u>   June   </u>, 2010.

<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE